MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ROGER HUDNALL,<br><br>      Defendant. | No. CR 10-0864 RS<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME FROM JANUARY 25, 2011 TO FEBRUARY 15, 2011 |

      The parties appeared before the Honorable Richard Seeborg on January 25, 2011 for their initial appearance before the district court.  With the agreement of counsel for both parties and the defendant, the Court found and held as follows:

      1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 25, 2011 to February 15, 2011.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for the defendant to review the discovery in this case.

      2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from January 25, 2011 to February 15, 2011 outweigh the best interest of

ORDER EXCLUDING TIME
CR 10-0864 RS

1  the public and the defendant in a speedy trial and filing of an indictment or information. 18
2  U.S.C. § 3161(h)(7)(A).
3      3.  Accordingly, and with the consent of the defendant, the Court ordered that the period
4  from January 25, 2011 to February 15, 2011, be excluded from Speedy Trial Act calculations
5  under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

7      IT IS SO STIPULATED.

9  DATED: January 26, 2011            /s/
10                                    GEOFFREY HANSEN
                                      Counsel for Roger Hudnall

12 DATED: January 26, 2011            /s/
13                                    BRIAN C. LEWIS
                                      Assistant United States Attorney

15     IT IS SO ORDERED.

18 DATED: 1/27/11                     _____
19                                    RICHARD SEEBORG
                                      United States District Judge

ORDER EXCLUDING TIME
CR 10-0864 RS                         -2-