*E-Filed 2/22/11*

1   MELINDA HAAG (CABN 132612)
United States Attorney
2
MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney
5        450 Golden Gate Ave., Box 36055
San Francisco, California 94102
6        Telephone:  (415) 436-7200
Fax: (415) 436-7234
7        E-Mail: andrew.caputo@usdoj.gov

8   Attorneys for Plaintiff

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0864 RS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER EXCLUDING TIME FROM |
| v. | ) | SPEEDY TRIAL ACT CALCULATION |
| | ) | (18 U.S.C. § 3161(h)(7)(A)) |
| ROGER HUDNALL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        With the agreement of the parties, and with the consent of defendant Roger Hudnall, the
Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act,
18 U.S.C. § 3161(c)(1), from February 15, 2011, to March 8, 2011.  The parties agree, and the
Court finds and holds, as follows:

        1.      The United States provided additional discovery to defendant's counsel on
February 2.  Defendant's counsel also has recently obtained files from his office's previous
representations of defendant.  He requires time to review this recently obtained discovery and
these recently obtained files.  Accordingly, failure to grant the requested continuance would
deny defendant's counsel reasonable time necessary for effective preparation, taking into account

STIP. & [PROP.] ORDER RE: SPEEDY TRIAL ACT
CR 10-0864 RS

the exercise of due diligence, in this case.

2.      Given these circumstances, the Court found that the ends of justice served by excluding the period from February 15, 2011, to March 8, 2011, outweigh the best interest of the public and the defendant in a speedy trial.  Id. at § 3161(h)(7)(A).

4.      Accordingly, and with the consent of the defendant, at the hearing on February 15, 2011, the Court ordered that the period from February 15, 2011, to March 8, 2011, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.


DATED: February 15, 2011          _____/s/_____
                                  GEOFFREY HANSEN
                                  Attorney for Defendant


DATED: February 15, 2011          _____/s/_____
                                  ANDREW P. CAPUTO
                                  Assistant United States Attorney


IT IS SO ORDERED.


DATED:  __2/22/11__              _____
                                  RICHARD SEEBORG
                                  United States District Judge

STIP. & [PROP.] ORDER RE: SPEEDY TRIAL ACT
CR 10-0864 RS